United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                      Case No. 24-00264-HWV

Darrell R. Hippler                                                                    Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke         Page 1 of 2

Date Rcvd: May 09, 2024       Form ID: ntcnfhrg       Total Noticed: 25

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darrell R. Hippler, 1592 Warm Spring Road, Chambersburg, PA 17202-7616 |
| 5594057 | | AmeriHome, PO Box 11733, Newark, NJ 07101-4733 |
| 5594062 | | Harley Davidson, Dept 15129, Palatine, IL 60055-5129 |
| 5594067 | + | MDJ David L. Plum, PO Box 135, Pleasant Hall, PA 17246-0135 |
| 5594070 | + | Sara Martin, 1592 Warm Spring Road, Chambersburg, PA 17202-7616 |
| 5594074 | + | Weltman, Weinberg & Reis, 2 Allegheny Center Nova Tower 2, Suite 1302, Pittsburgh, PA 15212-5411 |

TOTAL: 6


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5594058 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 09 2024 18:50:00 | Apple Card, c/o Goldman Sachs, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-6112 |
| 5594060 | | Email/Text: skeller@crossriver.com | May 09 2024 18:50:00 | Cross River Bank, 400 Kelby Street, 14th floor, Fort Lee, NJ 07024 |
| 5594059 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 09 2024 18:54:04 | Car Care, PO Box 965036, Orlando, FL 32896-5036 |
| 5594061 | | Email/Text: mrdiscen@discover.com | May 09 2024 18:50:00 | Discover (P), PO Box 3025, New Albany, OH 43054-3025 |
| 5606706 | | Email/Text: mrdiscen@discover.com | May 09 2024 18:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5608201 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 09 2024 18:50:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5605778 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 09 2024 18:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5594065 | | Email/Text: bk@lendmarkfinancial.com | May 09 2024 18:50:00 | Lendmark Financial Services, 2118 Usher St NW, Covington, GA 30014 |
| 5594063 | + | Email/Text: Documentfiling@lciinc.com | May 09 2024 18:50:00 | Lending Club Corp, 71 Stevenson St., Ste 300, San Francisco, CA 94105-2985 |
| 5594064 | ^ | MEBN | May 09 2024 18:46:11 | Lending Point, 1201 Roberts Blvd NW Ste 200, Kennesaw, GA 30144-3612 |
| 5594066 | | Email/Text: camanagement@mtb.com | May 09 2024 18:50:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 5594068 | | Email/PDF: cbp@omf.com | May 09 2024 19:05:39 | One Main Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 5612410 | + | Email/PDF: cbp@omf.com | May 09 2024 18:55:21 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5594069 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 09 2024 18:54:40 | Paypal - Synchrony Bank (P), Bankruptcy Department, PO Box 965060, Orlando, FL |

| | | | |
|---|---|---|---|
| | | | 32896-5060 |
| 5609849 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | May 09 2024 18:50:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5610029 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | May 09 2024 18:50:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5594071 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | May 09 2024 18:54:47 | SYNCB/HFT, PO Box 965022, Orlando, FL 32896-5022 |
| 5594072 | ^ MEBN | | |
| | | May 09 2024 18:47:13 | Upgrade, Inc., c/o Velocity, PO Box 788, Belmar, NJ 07719-0788 |
| 5594073 | + Email/Text: LCI@upstart.com | | |
| | | May 09 2024 18:50:00 | Upstart, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Owen | |
| | on behalf of Debtor 1 Darrell R. Hippler amy@thesnyderlawoffice.com  shannon@thesnyderlawoffice.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | |
| | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Darrell R. Hippler,                          Chapter         13

**Debtor 1**

Case No.        1:24−bk−00264−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 5, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: June 12, 2024 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2024 |

ntcnfhrg (08/21)